Accordingly, the order of July 19, 1994 should be modified by dismissing plaintiffs' complaints against defendant Roman and otherwise should be affirmed. The orders of October 13 and 28, 1994 and November 2, 1994 should be affirmed.

PINE, J. P., FALLON, CALLAHAN and DAVIS, JJ., concur.

Appeal from order by defendant Leo Heaps unanimously dismissed, and order modified, on the law, and as modified, affirmed, without costs, in accordance with the opinion by DOERR, J.

JOSEPH V. PARLATO et al., Respondents, v HERBERT ROMAN, Individually and Doing Business as HERBERT ROMAN GALLERIES, et al., Defendants, and LEO HEAPS, Appellant. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same opinion by Doerr, J., as in *Curry v Roman* ([appeal No. 1] 217 AD2d 314 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Vacate Condition.) Present—PINE, J. P., FALLON, CALLAHAN and DAVIS, JJ.

WILSON H. CURRY, Individually and Doing Business as WILLISTON AUCTIONS, et al., Respondents, v HERBERT ROMAN, Individually and Doing Business as HERBERT ROMAN GALLERIES, et al., Defendants, and LEO HEAPS, Appellant. (Appeal No. 3.)—Order unanimously affirmed, without costs. Same opinion by Doerr, J., as in *Curry v Roman* ([appeal No. 1] 217 AD2d 314 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Vacate Condition.) Present—PINE, J. P., FALLON, CALLAHAN and DAVIS, JJ.

JOSEPH V. PARLATO et al., Respondents, v HERBERT ROMAN, Individually and Doing Business as HERBERT ROMAN GALLERIES, et al., Defendants, and LEO HEAPS, Appellant. (Appeal No. 4.)—Order unanimously affirmed, without costs. Same opinion by Doerr, J., as in *Curry v Roman* ([appeal No. 1] 217 AD2d 314 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Vacate Default.) Present—PINE, J. P., FALLON, CALLAHAN and DAVIS, JJ.

WILSON H. CURRY, Individually and Doing Business as WILLISTON AUCTIONS, et al., Respondents, v HERBERT ROMAN, Individually and Doing Business as HERBERT ROMAN GALLERIES, et al., Defendants, and LEO HEAPS, Appellant. (Appeal No. 5.)—Order unanimously affirmed, without costs. Same opinion by Doerr, J., as in *Curry v Roman* ([appeal No. 1] 217 AD2d 314 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Vacate Default.) Present—PINE, J. P., FALLON, CALLAHAN and DAVIS, JJ.